IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:12-cv-23808

ARRIVALSTAR S.A. and MELVINO
TECHNOLOGIES LIMITED,

        Plaintiffs,

vs.

GENESCO, INC.,

        Defendant.
_____/

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs ArrivalStar S.A. and Melvino Technologies Limited, hereby notify this Court and all parties that they voluntarily dismiss, **with prejudice**, all claims against Defendant, with all parties to bear their own costs and attorneys' fees.

Dated:  December 18, 2012.                            Respectfully submitted,

                                                      /s/ William R. McMahon
                                                      William R. McMahon, Esquire
                                                      Florida Bar Number: 39044
                                                      McMahon Law Firm, LLC
                                                      11435 West Palmetto Park Road
                                                      Suite E
                                                      Boca Raton, Florida 33428
                                                      Telephone: 561-218-4300
                                                      Facsimile: 561-807-5900
                                                      E-Mail: bill@mlfllc.com
                                                      **Attorney for Plaintiffs**