**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 12-23808-CIV-SEITZ/SIMONTON

ARRIVALSTAR, S.A., et al.,

        Plaintiffs,

vs.

GENESCO, INC.,

        Defendant.

_____/

## ORDER OF FINAL DISMISSAL

THIS MATTER is before the Court on the Plaintiff's Notice of Voluntary Dismissal With Prejudice [DE-9]  Upon consideration, it is hereby

ORDERED THAT

1) This case is DISMISSED with prejudice.

2) All motions not otherwise ruled upon are DENIED as moot.

3) This case is CLOSED.

DONE and ORDERED in Miami, Florida, this _19t_ day of December, 2012.

                  PATRICIA A. SEITZ
                  UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record